FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 9 - 2018 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

POLINA KORCHAGINA, on behalf of herself and all others similarly situated,

Plaintiff,

-against-

FMA ALLIANCE, LTD.,

Defendant.

Case No. 1:17-cv-06934-ARR-RML

**NOTICE OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed without prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated:   Brooklyn, New York
         February 07, 2018

Respectfully submitted,

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Daniel Cohen, PLLC
300 Cadman Plaza W, 12th floor
Brooklyn, New York 11201
Phone: (646) 645-8482
Fax:    (347) 665-1545
Email: Dan@dccohen.com
*Attorneys for Plaintiff*

So ordered.

/s/(ARR)

USDJ